**No. 48321.**—Protests 29611–K, etc., of Mill & Mine Supply Co., et al. (New York).

Opinion by LAWRENCE, J.   It was conclusively established that said articles are similar in all material respects to those the subject of *Mill & Mine Supply Co.* v. *United States* (7 Cust. Ct. 168, C. D. 561), the record in which case was incorporated herein.   In accordance therewith the claim at 27½ percent under paragraph 372 was sustained.

BEFORE THE THIRD DIVISION, MAY 22, 1943

**No. 48322.**—Protest 38610–K of Ossola Bros., Inc.   (New York).

Opinion by KEEFE, J.   It was stipulated that the merchandise consists of cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706).   In accordance therewith it was held that an allowance of 1 percent should have been made for the weight of the inedible coverings.

**No. 48323.**—Protest 90877–K of Leval & Co., Inc. (New York).

Opinion by KEEFE, J.   At the trial it was stipulated between counsel that duty should have been taken on 39,491 bushels rather than 39,999 bushels. The protest was therefore sustained.

MAY 25, 1943

**No. 48324.**—SUIT 4380.— ▮▮▮▮ —*United States* v. *Boyle Manufacturing Co., Inc.*   C. D. 552 affirmed May 3, 1943.   C. A. D. 240.

**No. 48325.**—SUIT 4416.— ▮▮▮▮ —*United States* v. *J. E. Bernard & Co., Inc.*   C. D. 661 affirmed April 5, 1943.   C. A. D. 235.

BEFORE THE FIRST DIVISION, MAY 26, 1943

**No. 48326.**—Protests 791071–G, etc., of Abad Esteve Corp. et al. (New York).

Opinion by WALKER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.